UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LULA TAYLOR, | ) | 3:18-CV-0586-MMD-CBC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 11, 2019 |
| COSTCO WHOLESALE CORPORATION, | ) | |
| Defendant. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The court has received defendant's notice of plaintiff's failure to comply with court order and request for sanctions (ECF No. 82). The court construes this document as a supplement to defendant's previous motion for sanctions (ECF No. 61).

Plaintiff shall have to and including **Tuesday, September 24, 2019** to file a response that is limited to the issues identified in the request for sanctions (ECF No. 82). Thereafter, defendant shall have until **Tuesday, October 1, 2019** to file a reply. Upon completion of the briefing, the court will determine whether a hearing is necessary or whether the matter will be decided upon the briefs.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>      /s/      </u>
Deputy Clerk